SCMF-12-0000538

SUPREME COURT OF THE STATE OF HAWAI'I

---

In the Matter of the
JULY 2019 EXAMINATION FOR ADMISSION
TO THE BAR OF THE STATE OF HAWAI'I

---

<u>NOTICE OF PASSING THE HAWAI'I BAR EXAMINATION</u>

The applicants listed below are hereby notified that each has passed the

July 2019 Hawai'i examination for admission to the Bar of the State of Hawai'i, as

required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawai'i

(RSCH):

Nicholas George Altuzarra
Renee Catherine Arndt
Paul Thomas Arnold, Jr.
Theresa Kameko Noelani Austin
Dana Andrea Bass
Jennifer Mineko Beppu
Emma Ellis Berman
Eli Nai Kil Bowman
Taylor Shantrell Brack
Rosanne Yvonne Brady
Ryan Alexander Brogan
Rodney Alfred Char
Timothy Gene Clark
Anna Dorothea Colby
Suzie Fay Collins
Lea Candy Cooper
Mark Joseph Laguatan Dannog
Donna Maria Davis
Dusan John Djordjevich
Darin Dodge
Leilani Elizabeth Doktor

Garrett Jamison Eden
Franklin Troy Fegurgur
Tai Donovan Foster
Natanyah Ganz
Stacey Fineran Gray
Erika Susan Gustin
Christine Michiko Hanzawa
Patrick Manston Harrison
Sara Mariko Kahuaokalani
    Young Hayden
Lorrie Heape
Brandon Marc Takashi Higa
Malea Ann Higdon
Emily Elizabeth Mullin Hills
Chandler Scott Howell
John Matthew Hund
Kaitlyn Marie Harumi Iwashita
Rachel Marie James
Dominic Shane Jancaterino
Stephanie Ann Jones
David Paul Jordan

Ciara Winona Kealohilani Kahahane
Jacob Adrian Kamstra
Nicole Kanetoku
Katya Jean Ayame Katano
Alyssa-Marie Yukiko Kau
Kenory Emma Khuy
Matthew Bernard Kollinger
Sarah Emi Shiraishi Kukino
Aaron Dayton Larrimore
Diana Le Huynh
William Allan Lemkul
Jacquelynn Kendra Levien
Amanda Katherine Levine
Chase Howell Livingston
Jennifer Marie Lootens
Frank Moe Loyd, Jr.
Kaitlyn Kawehilani Mark
Ryan Dinsmore McDermott
Pueo Kaiholenamapunamakai
   McGuire-Turcotte
Jennifer Marie Merkle
Jeanelle Christine Miller
Casey Tadakazu Miyashiro
Caitlin Mahinalani Moon
Kevin Allen Morris
Bryce Matthew Nakamura
Kiana Keʻalaokalauaʻe Toshiko Nakanelua
Veronica Luʻukia Nakanelua
Michael Jae Chul Oh
Kristin Jane Tomoe Oketani
Reyn Shigeo Palea Ono
Megan Louise Oshiro

Evan Kauanoe Chikara Oue
Rachel Le Oyama
Robert Park
Sagar Patel
David Jon Pullman
Tyler Christian Saito
Chase Shinji Sakai
Tiffany Mayumi Sakamoto
Nicole Akemi Sato
Nicholas John Severson
Casey Ken Shoji
Teri Lynn Kalawakua Shugart
Virgilio Celino Solis, III
Michael Raymond Soon Fah
Miranda Carol Steed
Timothy Davidson Stewart
Jessica Noonan Summersgill
Jessica Ann Szemkow
Farshad Matthew Talebi
Anela Uilani Ruth Fusano Tanigawa Lum
Troy Stephen Thompson
Kendra Laine Tietjen
Gretchen Alexis Trauth
Christopher Aaron Turtzo
Asia Elizabeth Vanavichai
Keola Robert Whittaker
Sarah Frances Yan-Ling Williams
Maureen Sullivan Willkom
Tiana Lee Winstead
Kevan Jun Wah Kamakana Wong
Aubrey Judson Wooddy, III
Cheyne Isao Yong Yonemori

Until all other requirements are met as set forth in RSCH Rule 1.3, and the applicant has been admitted to practice law by the Supreme Court of the State of Hawaiʻi, that applicant may <u>not</u> engage in the practice of law in this jurisdiction.

DATED:  Honolulu, Hawaiʻi, October 2, 2019.

BOARD OF EXAMINERS

By:   /s/ Rochelle R.T. Kaui

     Its Secretary

